# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Wells Fargo Bank Minnesota, National Association v. Johnston

Case Number: 3:13-CV-50120

An appearance is hereby filed by the undersigned as attorney for:
Third Party Defendant, Anaida Mkhitarian

Attorney name (type or print): Megan B. Poetzel

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, Illinois 60654-3456

Bar ID Number: 6243664
(See item 3 in instructions)

Telephone Number: (312) 923-2823

Email Address: MPoetzel@jenner.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 18, 2016

Attorney signature: S/ Megan B. Poetzel
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015