**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2003, MERRILL LYNCH MORTGAGE INVESTERS TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-WMC3, <br><br>**Plaintiff** <br>V. <br>ANN M. JOHNSTON; FIRST NATIONAL BANK IN DEKALB; MERL L. SEARCY; MARY ELLEN SEARCY, <br><br>**Defendants** | **Case No:** 3:13-CV-50120 <br><br>**Judge:** John Robert Blakey |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE AND SALE
PURSUANT TO THE ORDER ENTERED MARCH 2, 2020**

Now comes the Plaintiff, Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2003 Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2003-WMC3, by and through its attorney, Potestivo & Associates, P.C., and in support of its Motion for Entry of Judgment of Foreclosure and Sale, states as follows:

1. Plaintiff initiated these proceedings on April 4, 2013, filed its First Amended Complaint on October 23, 2015, and its Second Amended Complaint (the "Complaint") on June 22, 2016 seeking a Judgment of Foreclosure and Sale, among other relief, in Count I of the Complaint.

2. On March 26, 2019, Plaintiff filed its Motion for Summary Judgment seeking a Judgment of Foreclosure and Sale against Defendant Ann M. Johnston.

3. Also on March 26, 2019, Plaintiff filed its Rule 55 Motion for Default Judgment and for Entry of Judgment of Foreclosure (the "Motion for Default") against the remaining defendants.

4. On March 2, 2020, this Honorable Court entered an Order granting Plaintiff's Motion for Summary Judgment as to Count I, and directing the Clerk to enter judgment for Plaintiff and against Defendant Ann M. Johnston. (*See* Notification of Docket Entry, Document 199, attached

as Exhibit 1; *see* Order, Document 200, attached as Exhibit 2).

5. Also on March 2, 2020, this Honorable Court denied Plaintiff's Motion for Default, without prejudice, instructing Plaintiff either to file an amended complaint establishing the citizenship of the defendants named in the motion for default, or to voluntarily dismiss them. (*See* Notification of Docket Entry, Document 201, attached as Exhibit 3).

6. Plaintiff proceeded to file a motion to voluntarily dismiss said defendants, and now respectfully requests this Honorable Court to enter the proposed Order of Judgment of Foreclosure and Sale, attached as Exhibit 4, in accordance with the March 2, 2020 Order granting Plaintiff's Motion for Summary Judgment against Defendant Ann M. Johnston.

7. Plaintiff's claim of damages in the proposed Order of Judgment of Foreclosure and Sale is for a sum that is made certain by computation and is more specifically set forth in its supporting Affidavit of Amounts Due and Owing attached as Exhibit 5 and Certificate of Prove-up of Foreclosure Fees and Costs attached as Exhibit 6.

8. Lastly, attached as Exhibit 7 is a copy of Plaintiff's Military Affidavit.

WHEREFORE, the Plaintiff, WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2003 MERRILL LYNCH MORTGAGE INVESTORS TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-WMC3, moves this Honorable Court for the entry of an Order of Judgment of Foreclosure and Sale, and for that amount as set forth and made certain in its Affidavit of Amounts Due and Owing and Certificate of Prove-up of Foreclosure Fees and Costs.

Respectfully submitted,

By: */s/ Alexander B. Potestivo*

Potestivo & Associates, P.C.
Alexander B. Potestivo (ARDC#6327455)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
ilpleadings@potestivolaw.com
Our File No.: 112453