# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2003, MERRILL LYNCH MORTGAGE INVESTERS TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-WMC3, <br><br>**Plaintiff**<br>V.<br>ANN M. JOHNSTON; FIRST NATIONAL BANK IN DEKALB; MERL L. SEARCY; MARY ELLEN SEARCY,<br><br>**Defendants** | **Case No:** 3:13-CV-50120 <br><br> **Judge:** John Robert Blakey |

### CERTIFICATE OF PROVE-UP OF FORECLOSURE FEES AND COSTS

I, the undersigned, an attorney with Potestivo & Associates, P.C., Attorney for Plaintiff, in support of Plaintiff's Motion for Entry of Judgment of Foreclosure and Sale herein, do hereby state that I have personal knowledge of the following facts, and do, therefore, certify as follows:

1. The following fees were incurred by Plaintiff herein and ought to be assessed as costs and expenses as provided in the subject mortgage and note:

| Description | Amount |
|---|---|
| Judicial Foreclosure Attorney Fees | $1,030.00 |
| **Grand Total** | **$1,030.00** |

2. That the foreclosure attorney's fees stated in paragraph 1 will be, or have been received by Potestivo & Associates, P.C. and the request for attorney's fees is reasonable in that:

    a. Based upon the experience, reputation and ability of the lawyer or lawyers performing the services; the skill requisite to perform the services properly; and the fees customarily charged in the locality for like services, the fees charged in this case are reasonable.
    b. The fee charged was reasonable required to perform the legal services actually rendered.
    c. The amount at issue and the results obtained bear a reasonable relationship to the fee claimed.

3. Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

By: /s/ *Alexander B. Potestivo*

Potestivo & Associates, P.C.
Alexander B. Potestivo (ARDC#6327455)

223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
ilpleadings@potestivolaw.com
Our File No.: 112453